UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                  :

TERRELL THOMAS,                            :

                         Plaintiff,        :

                                 :           23 Civ. 8181 (JPC)

      -v-                        :

                                 :              ORDER

325 BROADWAY ASSOCIATES LLC *et al.*,  :

                               :

              Defendants.    :

                               :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On January 25, 2024, the Court entered the Case Management Plan in this matter, which, *inter alia*, required the parties to file a post-discovery joint letter by July 15, 2024.  Dkt. 28 at 3. That deadline has passed, yet no such letter is reflected on the docket.  The parties are ordered to submit this letter by July 19, 2024 at 5:00 p.m.  The parties are reminded that "all litigants have an obligation to comply with court orders," and failure to comply may result in sanctions.  *Baba v. Japan Travel Bureau Int'l*, 111 F.3d 2, 5 (2d Cir. 1997) (cleaned up).

       SO ORDERED.

Dated:  July 17, 2024
         New York, New York                               JOHN P. CRONAN
                                            United States District Judge