```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
TERRELL THOMAS,                                                        :
                                                                       :
                              Plaintiff,                               :    23 Civ. 8181 (JPC)
                                                                       :
                 -v-                                                   :    ORDER
                                                                       :
325 BROADWAY ASSOCIATES LLC et al.,                                    :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the parties' November 15, 2024 joint status letter. Dkt. 36. The parties are ordered to appear before the undersigned for a teleconference on December 2, 2024 at 11:00 a.m. At the scheduled time, counsel for all parties should call (646) 453-4442, Conference ID: 712058837.

      SO ORDERED.

Dated: November 18, 2024  
       New York, New York

                                                                       JOHN P. CRONAN  
                                                           United States District Judge