UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
TERRELL THOMAS,                                                      :
:
                                Plaintiff,      :      23 Civ. 8181 (JPC)
:
         -v-                                                        :      ORDER
:
325 BROADWAY ASSOCIATES LLC, *et al.*,                               :
:
                              Defendants.    :
:
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

       On October 3, 2025, Plaintiff and Defendant 325 Sophie's LLC advised the Court that the parties were "close to reaching a resolution . . . of the case" with the assistance of Mediator Janvey. Dkt. 48. In response, the Court ordered the parties to file notice of a settlement in principle or a joint status letter by November 4, 2025. Dkt. 49. The parties have not submitted either to the Court. By November 7, 2025, the parties shall file notice of a settlement in principle or a joint letter proposing next steps and advising whether any party seeks to file a post-discovery motion.

       SO ORDERED.

Dated: November 5, 2025
       New York, New York                                         JOHN P. CRONAN
                                                                            United States District Judge