UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
          :
TERRELL THOMAS,     :
    :
         Plaintiff,     :     23 Civ. 8181 (JPC)
    :
    -v-    :     ORDER
    :
325 BROADWAY ASSOCIATES LLC, *et al.*,     :
    :
        Defendants.     :
    :
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

On November 7, 2025, the Court ordered the parties to file a notice of settlement in principle or a status letter concerning their proposed next steps by November 28, 2025. Dkt. 52. The parties have not submitted either to the Court. By December 9, 2025, the parties shall file notice of a settlement in principle or a joint letter proposing next steps and advising whether any party seeks to file a post-discovery motion.

    SO ORDERED.

Dated: December 2, 2025
    New York, New York          JOHN P. CRONAN
         United States District Judge